UNITED STATES of America,
Plaintiff–Appellee,

v.

Leonte Demetrius MACK,
Defendant–Appellant.

No. 13–7122.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2014.

Decided: March 31, 2014.

Leonte Mack, Appellant Pro Se. Adam Kenneth Ake, William Moomau, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonte Demetrius Mack seeks to appeal the district court's order denying relief on

his 28 U.S.C. § 2255 (2012) motion. The district court entered its order on May 8, 2013, and it docketed Mack's notice of appeal on July 15, 2013, one week beyond the expiration of the sixty-day appeal period. *See* Fed. R.App. P. 4(a)(1)(B); Fed. R.App. P. 26(a)(1)(C). Mack indicates, however, that he delivered his notice of appeal to prison officials on June 5, 2013, well within the appeal period. Because Mack is incarcerated, the notice is considered filed as of the date it was properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). The present record does not conclusively reveal when Mack delivered the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*